No. 10–10501.  JOLICOEUR-VASSEUR v. ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–10504.  COLE v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–10506.  VINNING v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–10507.  WILSON v. SCHWARZENEGGER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10508.  WILSON v. SCHWARZENEGGER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10509.  WILSON v. SCHWARZENEGGER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10510.  WILSON v. SCHWARZENEGGER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10516.  MORGAN v. JACKSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–10517.  NORWOOD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10518.  DUROUSSEAU v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–10519.  ESTEBAN v. PALMER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10521.  WYATT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10528.  DAY v. MINNESOTA ET AL.  Ct. App. Minn. Certiorari denied.

No. 10–10529.  KIMBREL v. CARUSO ET AL.  C. A. 6th Cir.  Certiorari denied.